## WARTICK v MILLER

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 4, 1934

Alfred Geisler, Cincinnati, and John C. Thompson, Cincinnati, for plaintiffs in error.

J. T. Rhyno, Cincinnati, Cecil L. Hall, Cincinnati, and Jesse P. Cobb, Cincinnati, for defendant in error.

For full opinion see 2 OO 103; 48 Oh Ap 494.